IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MOSES EDWARDS,<br>    Plaintiff,<br>vs.<br>UNITED STATES OF AMERICA,<br>    Defendant. | Case No. 4:10-cv-0024-RRB<br><br>**ORDER GRANTING MOTION**<br>**FOR SUMMARY JUDGMENT** |

Before the Court is Defendant United States of America with a Motion for Summary Judgment and Memorandum in Support at **Docket 14**. The motion is unopposed and, for the reasons set forth by the Government, the motion is hereby **GRANTED.**

Under Alaska law and the facts hereof, in order for Plaintiff to proceed in this matter with this medical malpractice claim he must have expert testimony to establish that a breach of a professional duty occurred. He apparently has no such testimony available to support his claim. Therefore the Government's motion must be granted and this matter is **DISMISSED** with prejudice.

**ORDERED** this 14th day of March, 2012.

                                        S/RALPH R. BEISTLINE
                                        UNITED STATES DISTRICT JUDGE