**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

MOSES EDWARDS,
        Plaintiff,

                                 Case Number 4:10-cv-00024-RRB

v.

UNITED STATES OF AMERICA,
        Defendant.           **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT this matter is DISMISSED with prejudice.

APPROVED:

  s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

    MARCH 16, 2012
Date

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                              MARVEL HANSBRAUGH
                              Marvel Hansbraugh,
                              Clerk of Court

[410cv24RRB Judgment.wpd]{JMT2.WPT*Rev.3/03}